UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Docket No.: 22-cr-10060-RGS
)
GERMAN MILLAN-PADILLA )

**ASSENTED TO MOTION TO CONTINUE SELF-REPORT DATE**

Comes now, German Millan-Padilla, through undersigned counsel, moves this Court for its order continuing the self-report date from its present setting of February 18, 2026 to April 3, 2026. The Bureau of Prisons has not yet designated Mr. Millan-Padilla and additional time is necessary to receive his designation and make accommodations for his family's well-being and make arrangements for his reporting.

Undersigned has discussed this request with the Government who indicates its assent to this motion.

Respectfully submitted,
GERMAN MILLAN-PADILLA
By his Attorney,

*/s/ Brendan Kelley*
Brendan Kelley
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 11, 2026.

*/s/ Brendan Kelley*
Brendan Kelley